UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 09-21043-CIV-SEITZ/O'SULLIVAN

R.J.,

    Plaintiff,

v.

ANDREA AZIA, et al.,

    Defendants.
_____/

## ORDER AFFIRMING AND ADOPTING REPORT AND RECOMMENDATION

THIS MATTER is before the Court on the Report and Recommendation ("Report") [DE 60] of the Honorable John J. O'Sullivan, United States Magistrate Judge to which no party filed objections. Judge O'Sullivan recommends that Plaintiff's Motion to Determine Amount of Florida Medicaid Lien Attaching to Settlement Proceeds [DE 51] be granted in part and denied in part. The Court will affirm and adopt Judge O'Sullivan's Report, and order that the Agency for Health Care Administration's ("AHCA") Medicaid lien be paid in full from the proceeds of the settlement in this action.

Plaintiff settled a civil rights complaint against former employees of the Florida Department of Children and Family Services for allegedly violating her constitutional rights during the fifteen (15) years she was in the foster care system in Florida. Under Florida law, AHCA has a statutory lien on the settlement proceeds paid to a Medicaid recipient for the amount Medicaid paid medical providers for care and treatment of injuries sustained by Plaintiff "as a result of" the Defendants' alleged conduct. AHCA seeks to recover $153,032.75, the portion of the settlement proceeds it claims are attributable to compensation for medical treatment paid for with Medicaid funds. Plaintiff seeks to have the amount reduced to $32,651.79 because, according to Plaintiff, certain medical

treatment contributed to Plaintiff's constitutional claims and therefore was not "as a result of" the Defendants' conduct.

Judge O'Sullivan found that the settlement funds are related to Plaintiff's injuries caused by the settling Defendants, that Medicaid paid for the medical services, which relate to the injuries allegedly sustained "as a result of" the Defendants' allegedly tortious conduct. Thus, Judge O'Sullivan recommends that the Medicaid lien should be paid in full from the proceeds of the settlement in this action. The Court has conducted a *de novo* review of the record and finds that Judge O'Sullivan's factual determinations are not clearly erroneous and he correctly applied the law to the facts. Therefore, the Court will adopt the Report in full and for the reasons stated in the Report. Accordingly, it is hereby

ORDERED that

(1) Judge O'Sullivan's Report and Recommendation [DE 60] is AFFIRMED and ADOPTED.

(2) Plaintiff's Motion to Determine Amount of Florida Medicaid Lien Attaching to Settlement Proceeds [DE 51] is GRANTED IN PART and DENIED IN PART.

(3) AHCA's Medicaid Lien in the amount of $153,032.75 shall be satisfied in full from the settlement proceeds between Plaintiff and Defendants in this action consistent with the statutory formula prescribed by Florida Statutes Section 490.910(11)(f).

DONE and ORDERED in Miami, Florida, this 8th day of December, 2010.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:   Judge O'Sullivan
      Counsel of Record